**ABBOTT LABORATORIES et al.**

v.

**Anthony J. CELEBREZZE, Secretary of Health, Education and Welfare, and George P. Larrick, Commissioner of Food and Drugs.**

**Abbott Laboratories et al., Appellants.**

No. 15054.

United States Court of Appeals
Third Circuit.

Argued April 2, 1965.

Decided Nov. 1, 1965.

William W. Goodrich, Washington, D. C., Herbert J. Miller, Jr., Asst. Atty. Gen., Alexander Greenfeld, U. S. Atty., William J. Wier, Jr., Asst. U. S. Atty., Wilmington, Del., Jerry H. Opack, Attorney, Department of Justice, William W. Goodrich, Asst. General Counsel for Food and Drugs, Joanne S. Sisk, Attorney, United States Department of Health, Education, and Welfare, Washington, D. C., on the brief, for appellee.

Gerhard A. Gesell, Washington, D. C. (Stanley L. Temko, Herbert Dym, Covington & Burling, Washington, D. C., on the brief), for plaintiffs-appellees (ex-

cept Merck & Co., Inc. and Pharmaceutical Manufacturers Ass'n).

Hayward H. Coburn, Philadelphia, Pa. (Drinker, Biddle & Reath, Philadelphia, Pa., on the brief), for Merck & Co., Inc.

Lloyd N. Cutler, Washington, D. C. (Marshall Hornblower, Daniel K. Mayers, Wilmer, Cutler & Pickering, Washington, D. C., on the brief), for Pharmaceutical Manufacturers Ass'n.

C. Joseph Stetler, John K. Worley, Washington, D. C., for Pharmaceutical Manufacturers Ass'n.

Alexander L. Nichols, Wilmington, Del. (William S. Megonigal, Jr., Morris, Nichols, Arsht & Tunnell, Wilmington, Del., on the brief), for plaintiffs-appellees.

Before HASTIE and FREEDMAN, Circuit Judges, and WEBER, District Judge.

PER CURIAM.

The named appellants in the above entitled case are some, but not all, of the plaintiffs who joined in the complaint for declaratory judgment and injunctive relief.

We find no prejudicial error in the dismissal of the complaint as to these plaintiffs, and that action will be affirmed.